23384. Lawrence *v.* Atlanta Gas-Light Company.

MacIntyre, J. The petition did not allege any recoverable item of damages for the alleged tortious act of the defendant, and the court did not err in dismissing it on general demurrer. See *Lawrence* v. *Atlanta Gas Light Co.*, ante, 444.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

Decided July 13, 1934. Rehearing denied September 20, 1934.